# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUDY CLARK, *et al.*, <br><br> Plaintiffs <br><br> v. <br><br> BETH ISRAEL DEACONESS MEDICAL CENTER, *et al.*, <br><br> Defendants. | Case No.: 1:22-cv-10068-DPW |

## JOINT STATUS REPORT

Plaintiffs Trudy Clark, Donna Nesmith, Jessica Smith, and Shelly Stack (collectively, "Plaintiffs") and Beth Israel Deaconess Medical Center, the Board of Directors of Beth Israel Deaconess Medical Center, and the Pension Committee of Beth Israel Deaconess Medical Center, (collectively, "Defendants" and with Plaintiffs, the "Parties"), respectfully submit this Joint Status Report pursuant to the Order entered on July 27, 2022 (ECF 48) to update the Court on the progress of the Parties' discussions concerning the potential resolution of this action.

The Parties are pleased to report that, following mediation on September 1, 2022 with Robert A. Meyer of JAMS, a well-respected neutral mediator with substantial experience mediating ERISA actions, the Parties have agreed in principle to resolve the litigation. The Parties are working to memorialize their agreement and prepare the appropriate papers to submit to the Court for preliminary approval under Federal Rule of Civil Procedure 23. The Parties propose that Plaintiffs file their motion for preliminary approval of the settlement and all necessary and appropriate supporting papers by October 17, 2022.

The Parties are available to address any questions the Court might have at this time.

| | |
|---|---|
| Dated: September 15, 2022 | Respectfully submitted, |

/s/ Alec J. Berin
James C. Shah *(pro hac vice)*
Alec J. Berin *(pro hac vice)*
MILLER SHAH LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
jcshah@millershah.com
ajberin@millershah.com

James E. Miller *(pro hac vice)*
Laurie Rubinow *(pro hac vice)*
MILLER SHAH LLP
65 Main Street
Chester, CT 06412
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
jemiller@millershah.com
lrubinow@millershah.com

Kolin C Tang *(pro hac vice)*
MILLER SHAH LLP
19712 MacArthur Boulevard
Irvine, CA 92612
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
kctang@millershah.com

Anna K. D'Agostino *(pro hac vice)*
MILLER SHAH LLP
225 Broadway, Suite 1830
New York, NY 10007
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
akdagostino@millershah.com

Mark K. Gyandoh *(pro hac vice)*
Gabrielle Kelerchian *(pro hac vice)*
CAPOZZI ADLER, P.C.
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile: (717) 233-4103

/s/ Keri L. Engelman
Keri L. Engelman (BBO# 704360)
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110
Telephone: (617) 341-7700
Facsimile: (617) 341-7701
keri.engelman@morganlewis.com

Deborah S. Davidson *(pro hac vice)*
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive, Suite 2800
Chicago, Illinois 60606-1511
Telephone: (312) 324-1000
Facsimile: (312) 324-1001
deborah.davidson@morganlewis.com

Sean McMahan *(pro hac vice)*
MORGAN, LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, TX 75201-7347
Telephone: (214) 466-4102
Facsimile: (214) 466-4000
sean.mcmahan@morganlewis.com

Mathew J. McKenna (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Telephone: (202) 739-3000
Facsimile: (202) 739-3001
mathew.mckenna@morganlewis.com

*Counsel for Defendants*

markg@capozziadler.com
gabriellek@capozziadler.com

Donald R. Reavey *(pro hac vice)*
CAPOZZI ADLER, P.C.
2933 North Front Street
Harrisburg, PA 17110
Telephone: (717) 233-4101
Facsimile: (717) 233-4103
donr@capozziadler.com

John Roddy
Elizabeth Ryan
BAILEY & GLASSER LLP
176 Federal Street, 5th Floor
Boston, MA 02110
Telephone: (617) 439-6730
Facsimile: (617) 951-3954
jroddy@baileyglasser.com
eryan@baileyglasser.com

*Counsel for Plaintiffs, the Plan,
and the Proposed Class*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on September 15, 2022, a true and correct copy of the foregoing document was filed via the Court's ECF System.

                                                    /s/ Alec J. Berin
                                                    Alec J. Berin