**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| Trudy Clark, *et al.*, | ) | Case No. 1:22-cv-10068-DPW |
| | ) | |
| Plaintiffs, | ) | Judge Douglas P. Woodlock |
| | ) | |
| v. | ) | |
| | ) | |
| BETH ISRAEL DEACONESS MEDICAL | ) | |
| CENTER., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**NOTICE OF FILING OF AMENDED SETTLEMENT AGREEMENT AND NOTICE
PLAN**

Plaintiffs, Trudy Clark, Donna Nesmith, Jessica Smith, and Shelly Stack, on behalf of the

proposed Settlement Class, as well as the Beth Israel Deaconess Medical Center 401(k) Savings

and Investment Plan, the Beth Israel Deaconess Medical Center Voluntary 403(b) Plan

(collectively, "Plaintiffs"), pursuant to the guidance provided by the Court during the April 24,

2023 hearing and the Clerk's Notes for Motion Hearing (Dkt. 58), hereby respectfully provide

notice of the filing an Amended Settlement Agreement and notice plan to reflect the Court's

anticipated entry of an order authorizing notice to the class.  The Amended Settlement

Agreement and its exhibits are attached as Exhibit 1 hereto.

DATED: May 4, 2023                                        Respectfully submitted,

                                                         /s/ Alec J. Berin
                                                         James C. Shah
                                                         Alec J. Berin
                                                         MILLER SHAH LLP
                                                         1845 Walnut Street, Suite 806
                                                         Philadelphia, PA 19103
                                                         Telephone: (866) 540-5505
                                                         Facsimile: (866) 300-7376

Email: jcshah@millershah.com
ajberin@millershah.com