IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUDY CLARK, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> BETH ISRAEL DEACONESS MEDICAL CENTER, *et al.*, <br><br> Defendants. | Case No.: 1:22-CV-10068-DPW <br><br> Judge Denise J. Casper <br><br> September 7, 2023 |

### NOTICE OF FILING OF INDEPENDENT FIDUCAIRY REPORT

Pursuant to the Notice Plan proposed in connection with Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, Plaintiffs hereby respectfully submit the Report of the Independent Fiduciary ("Report") retained on behalf of the Plan. The Report is attached as Exhibit "A" hereto and will be posted to the Settlement Website.

DATED: September 7, 2023

Respectfully submitted,

*/s/* Alec J. Berin
James C. Shah
Alec J. Berin
MILLER SHAH LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: jcshah@millershah.com
       ajberin@millershah.com

1

James E. Miller
Laurie Rubinow
MILLER SHAH LLP
65 Main Street
Chester, CT 06412
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: jemiller@millershah.com
       lrubinow@millershah.com

Kolin C. Tang
MILLER SHAH LLP
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: kctang@millershah.com

Anna K. D'Agostino
MILLER SHAH LLP
225 Broadway, Suite 1830
New York, NY 10007
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: akdagostino@millershah.com

Mark K. Gyandoh
CAPOZZI ADLER, P.C.
312 Old Lancaster Road
Merion Station, PA 19066
Tel: (610) 890-0200
Fax: (717) 233-4103
Email: markg@capozziadler.com

Donald R. Reavey
CAPOZZI ADLER, P.C.
2933 North Front Street
Harrisburg, PA 17110
Tel: (717) 233-4101
Fax: (717) 233-4103
Email: donr@capozziadler.com

        John Roddy
        Elizabeth Ryan
        BAILEY & GLASSER LLP
        176 Federal Street, 5th Floor
        Boston, MA 02110
        Tele: (617) 439-6730
        Fax: (617) 951-3954
        Email: jroddy@baileyglasser.com
               eryan@baileyglasser.com

*Attorneys for Plaintiff, the Plan, and the Settlement Class*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 7, 2023, I caused the foregoing document to be electronically filed with the Clerk of Court, and upon the counsel of record using the CM/ECF system.

                                                                        */s/* Alec J. Berin
                                                                      Alec J. Berin